IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

David and Donna Schell, and )
Ron Oliver individually, )
and as representative parties on )
behalf of a class of surface owners; )
)
               Plaintiff Class, )
vs. ) Case No.  07-1258-JTM
)
OXY USA Inc. )
               Defendant. )

## PLAINTIFFS' MOTION TO PERMIT *IN CAMERA* SUBMISSIONS OF FEE AND EXPENSE RECORDS

Class Plaintiffs move for an order permitting them to submit *in camera* the time and expense records that will be attached to the declarations of Class Counsel in support of Class Plaintiffs' *Motion for Attorneys' Fees and Nontaxable Expenses* (Dkt. No. 113). The memorandum in support of the motion will be filed separately on Monday, November 14. *See* D. Kan. Rule 54.2.

In support of the memorandum, Class Plaintiffs will submit declarations of Rex Sharp, Lee Thompson and Moran Tomson (collectively "Class Counsel"), which contain summary information concerning Class Counsel's lodestar, costs and expenses incurred in this matter from 2007 through October 31, 2011. (Dkt. Nos. 110 & 111). The total lodestar broken down by rates and total time spent by each firm will be provided publicly. The individual declarations set forth each firm's costs and expenses incurred in connection with the prosecution of this matter as well counsel's detailed work product, time, and efforts. Should this level of detail be

needed by the Court in this contingent class action, it will be available. The declarations attest to the accuracy of, and provide the basis for, the expenses and lodestar calculations to aid in the evaluation of a "necessary or proper" award of fees and expenses under Title 22 U.S.C. § 2202 and the common benefit doctrine.

Class Counsel are prepared to submit for the Court's inspection the contingent fee agreement with the Class Representative and the detailed time and expense records of Class Counsel ("Records"). Given that: (1) the litigation is continuing against OXY USA Inc.; (2) OXY's Rule 59(e) indicates it may appeal the Court's declaratory judgment (Dkt. No. 116); (3) Rex Sharp has other litigation against OXY USA Inc.; and (4) because the Records reflect confidential information concerning the work product, efforts and resources of Class Counsel, Class Plaintiffs would prefer that any such submission be made *in camera,* subject to an appropriate confidentiality order.  Indeed, this Court has previously granted such a motion.  *In re Urethane Antitrust Litig.,* No. 2:04-md-01616-JWL-JPO, Order (D. Kan. Nov. 3, 2011) (Dkt. No. 2149).

Accordingly, Class Counsel respectfully requests that if the Court wishes to inspect such materials, that it enter the proposed Order allowing for *in camera* submission and confidential treatment of such materials.

        Respectfully submitted,

        /s/ Rex A. Sharp
        Rex A. Sharp KS#12350
        Gunderson, Sharp & Walke, L.L.P.
        5301 W. 75th Street
        Prairie Village, KS  66208
        (913) 901-0500

        (913) 901-0419 fax
rsharp@midwest-law.com

M. Moran Tomson KS#06971
111 North Main
PO Box 310
Johnson, KS 67855
(620) 492-6800
(620) 492-6801 fax
law@pld.com

Lee Thompson KS#08361
Thompson Law Firm
300 N. Main, Ste. 106
Wichita, KS 67202
(316) 267-3933
(316) 267-3901 fax
lthompson@tslawfirm.com

Plaintiffs' Class Counsel

## CERTIFICATE OF SERVICE

     I hereby certify that, on November 11, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following: sjsmith@martinpringle.com, kspeed@gablelaw.com, and lsilvestri@gablelaw.com.  I also served the foregoing by email to opposing counsel at the preceding email addresses.

        /s/ Rex A. Sharp